# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED _____ RECEIVED

11:36 am, Feb 03 2023
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

United States of America )
v. )
Sarah Beth CLENDANIEL ) Case No.  23-mj-00401-MJM
and )
Brandon Clint RUSSELL )
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 12 through February 2, 2023   in the county of   Baltimore   in the
_____ District of   Maryland  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1366 | Conspiracy to Destroy an Energy Facility |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Patrick W. Straub*
*Complainant's signature*

Patrick W. Straub, FBI, Special Agent
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   2 2 23

*Judge's signature*

City and state:   Baltimore, Maryland        Hon. Matthew J. Maddox, U.S Magistrate Judge
*Printed name and title*