IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   CRIM. NO. JKB-23-0056 |
| SARAH BETH CLENDANIEL et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The Court held a telephone scheduling conference in this matter on June 1, 2023. For the reasons discussed during that conference, and upon the request of counsel for each Defendant that the Court postpone entry of a scheduling order, it is hereby ORDERED that an additional telephone scheduling conference will be held on Friday, July 7, 2023, at 11:30 AM, during which the Court anticipates setting a deadline for close of discovery, a briefing schedule for Defendants' pretrial motions, a pretrial motions hearing, and potentially a trial date. Counsel for the Government are directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers. Mr. Flowers is excused from participating in this scheduling conference, and Mr. Goldstein will participate on behalf of Defendant Russell.

Dated this __1__ day of June, 2023.

BY THE COURT:

_James K. Bredar_
James K. Bredar
Chief Judge

1