IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. JKB-23-0056 |
| SARAH BETH CLENDANIEL et al., | * | |
| Defendants. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SCHEDULING ORDER

Pursuant to a scheduling conference held on August 10, 2023, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| September 7, 2023 | Deadline for the Government to produce all non-*Jencks* discovery. |
| December 7, 2023 | Deadline for the Defendants' pretrial motions. |
| **December 12, 2023, 5:00 p.m.** | **Telephone scheduling conference.** The Court anticipates setting further deadlines at this time, including the deadline for the Government's responses to pretrial motions, the deadline for Defendants' replies, the deadline for the Government to produce *Jencks* materials, the date of the motions hearing, the deadline for motions *in limine*, the date of the pretrial conference, and the date of the jury trial. Counsel for the Government are directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers. |

The Government is directed to file any necessary motions to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this  10  day of August, 2023.

BY THE COURT:

*/s/ James K. Bredar*

James K. Bredar
Chief Judge