## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **CRIMINAL NO. JKB-23-0056** |
| **SARAH BETH CLENDANIEL et al.,** | * | |
| **Defendants.** | * | |

\*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*       \*

## SCHEDULING ORDER

Pursuant to a scheduling teleconference held on December 12, 2023, the Court now sets the following dates and deadlines for further proceedings in this case:

| | |
|---|---|
| January 12, 2024 | Deadline for Government's response to the Motion filed at ECF No. 65. |
| January 26, 2024 | Deadline for any Reply. |
| **February 2, 2024, 10:00 a.m.** | **Motions Hearing**, Courtroom 5A.  Defendants must be present. |
| June 17, 2024 | Jencks disclosure.  As discussed during the scheduling teleconference, this disclosure shall include both the Jencks material and the identities of all testifying Government witnesses. |
| June 20, 2024 | Deadline for filing motions *in limine.* |
| June 20, 2024 | Deadline for receipt in chambers of proposed voir dire, proposed preliminary jury instructions (start of trial), proposed final jury instructions (end of trial), and a proposed jury verdict form; these are to be filed electronically and must also be submitted via e-mail in Microsoft Word format to chambers: MDD_JKBChambers@mdd.uscourts.gov. |
| | Government and defense counsel shall meet and confer with respect to proposed voir dire, jury instructions, |

and a verdict form, and to the fullest extent possible make joint submissions. Counsel shall identify any matters of disagreement through supplemental filings. The most recent revision of the undersigned's standard jury instructions in criminal cases is available to the parties upon request to chambers.

June 24, 2024                     Deadline for responses to motions *in limine*.

**June 27, 2024 10:00 a.m.**      **Pretrial Conference**, Courtroom 5A. Defendants must be present.

**July 8, 2024, 9:30 a.m.**       Begin **Jury Trial**, Courtroom 5A. Scheduled to conclude on July 26, 2024. The Court may or may not sit on Fridays.

Counsel shall appear in court at 9:15 a.m. on the first day of trial to address miscellaneous matters with the courtroom deputy clerk prior to the commencement of jury selection.

The Government is directed to prepare notices and "come up" letters as appropriate for the in-court proceedings. The Government is also directed to file a motion to exclude time pursuant to the Speedy Trial Act. No changes in the schedule set forth above will be permitted unless authorized by the Court for good cause shown. Any such requests, either stipulated or *ex parte*, must be made by motion and filed with the Clerk.

DATED this  13  day of December, 2023.

BY THE COURT:

James K. Bredar
Chief Judge

2