**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | **CRIMINAL NO.  JKB-23-0056** |
| **v.** | : | |
| | : | |
| **SARAH BETH CLENDANIEL, et al.,** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |
| | : | |
| | : | |

**...oOo...**

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by its undersigned attorneys, hereby requests an extension of time in which to file its response to defendant Russell's Motion for Bill of Particulars, and states as follows:

1.      On December 13, 2023, the Court issued a scheduling order in this case. ECF 68. Among other things, the Court ordered that the government file a response to defendant Russell's Motion for Bill of Particulars by January 12, 2024, that any reply be filed by January 26, 2024, and scheduled the motions hearing for February 2, 2024, at 10 am.

2.      Defendant Clendaniel is not a party to defendant Russell's Motion for Bill of Particulars.

3.      The government requests a brief extension of time until on or before Tuesday, January 16, 2024, in which to file its response to the Motion for Bill of Particulars.

4.      Undersigned government's counsel has conferred with Ian Goldstein, counsel for defendant Russell, who has indicated that he has no objection to the government's request.

1

WHEREFORE, the government respectfully requests that the Court grant this unopposed

motion for a brief extension of time until January 16, 2024, for the government to file its

response to defendant Russell's Motion for Bill of Particulars.

                                          Respectfully submitted,

                                          Erek L. Barron
                                          United States Attorney

By:    

                                          Kathleen O. Gavin
                                          Assistant United States Attorney
                                          36 South Charles Street
                                          Fourth Floor
                                          Baltimore, Maryland 21201
                                          (410) 209-4800

                                          *FILED VIA ECF/CM*