======================================================================

# UNITED STATES DISTRICT COURT
-------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: JKB-23-0056

SARAH BETH CLENDANIEL

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Sarah Beth Clendaniel.  I certify that I am admitted to practice in this court.

Date:  January 31, 2024

                                                           /s/
                                      COURTNEY D. FRANCIK, #812100
                                      Assistant Federal Public Defender
                                      Tower II - 9TH Floor
                                      100 South Charles Street
                                      Baltimore, Maryland  21201
                                      (410)  962-3962 (t)
                                      (410)  962-3976 (f)
                                      Email: Courtney_Francik@fd.org