IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO.  JKB-23-0056 |
| v. | : | |
| | : | |
| BRANDON CLINT RUSSELL, | : | |
| Defendant. | : | |
| | : | |
| | : | |

...oOo...

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME**

The United States of America, by its undersigned attorneys, hereby moves for the entry of an order extending by two days the deadline for the government may file its response to the defendant's Motion to Reconsider Court's Order Regarding Undercover Witnesses, and states as follows.

1. Pursuant to Local Rule 105, the government's response to the defendant's Motion to Reconsider Court's Order Regarding Undercover Witnesses (ECF 136) is due today.

2. Undersigned counsel has consulted with counsel for the defendant, Ian Goldstein, who has advised that he has no objection to this request to extend that deadline until Thursday, August 1, 2024.

WHEREFORE, the government respectfully requests that the Court permit the government an additional two days in which to file its response to the defendant's motion.

1

A proposed Order is attached for the Court's consideration.

                                        Respectfully submitted,

                                        Erek L. Barron
                                        United States Attorney

By: _____
      Kathleen O. Gavin
      Assistant United States Attorney
      36 South Charles Street
      Fourth Floor
      Baltimore, Maryland 21201
      (410) 209-4800

*FILED VIA ECF/CM*