IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO.  JKB-23-0056** |
| : | |
| **BRANDON CLINT RUSSELL,** : | |
| : | |
| Defendants. : | |
| : | |
| : | |

...oOo...

## GOVERNMENT'S MOTION TO AMEND SEVENTH ORDER REGARDING SPEEDY TRIAL STATUS

The United States of America, by its undersigned attorneys, respectfully requests that the Court enter an Amended Seventh Order regarding the speedy trial status of this matter to correct a typographical error in the original Order. In support of this motion, the government states as follows:

1. On June 21, 2024, at the request of the parties, the Court continued the trial date of this matter until November 12, 2024. ECF 122.

2. On June 25, 2024, the government filed an unopposed Seventh Motion for Order Regarding Speedy Trial Status, requesting that the Court exclude the time between March 22, 2023, and the date of trial from calculation of the time period in which the defendant must be tried. ECF 125.  The government submitted a proposed Order to that effect with its motion. The proposed Order, however, contained a typographical error in the last sentence. Instead of stating "November 12, 2024," the proposed Order stated "July 8, 2024" as the end of the time period to be excluded. The Court then entered the Order, as proposed, that same day. ECF 126.

1

3. The government regrets its error in the proposed Order and respectfully requests that the Court amend the Order to reflect the proper date of November 12, 2024.

4. Undersigned counsel has consulted with Ian Goldstein, counsel for the defendant, who has advised that there is no objection to this motion.

WHEREFORE, the United States respectfully requests that this Court enter an Amended Seventh Order finding that the computation of the period of time in which the defendant must be tried under the Speedy Trial Act began on March 22, 2023, and excludes the period of time between March 22, 2023, and the date of trial, which is currently set for November 12, 2024.

A proposed Amended Order is attached for the Court's consideration.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Kathleen O. Gavin
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

*FILED VIA ECF/CM*