IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. JKB-23-0056 |
| | : |
| BRANDON CLINT RUSSELL, | : |
| Defendant. | : |
| | : |

...oOo...

## ORDER

Having read and considered the government's unopposed Motion for Extension of Time, it is this 23 day of August, 2024,

ORDERED, that the government's Motion for Extension of Time shall be, and the same hereby is, GRANTED; and it is further

ORDERED, the time period in which the government may file a response to the defendant's Motion to Compel the Government to Affirm or Deny Surveillance Under the Foreign Intelligence Act, to Disclose All of His Communications Subject to that Surveillance, and to Unseal the Government's Ex Parte Submissions and the Court's Ex Parte Reporter shall be, and the same hereby is, EXTENDED until September 5, 2024; and it is further

ORDERED, that the time period in which the defendant may file a reply to the

1

government's response to the above-referenced Motion to Compel shall be, and the same hereby is, EXTENDED until September 26, 2024.

_____
Honorable James K. Bredar
Senior United States District Judge