IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NO. JKB-23-0056 |
| | : |
| BRANDON CLINT RUSSELL, | : |
| Defendant. | : |
| | : |
| | : |

...oOo...

**GOVERNMENT'S SECOND MOTION FOR EXTENSION OF TIME**

The United States of America, by its undersigned attorneys, hereby moves for the entry of an order extending the deadline in which the government may file its response to the defendant's Motion to Compel the Government to Affirm or Deny Surveillance under the Foreign Intelligence Surveillance Act, to Disclose All of His Communications Subject to That Surveillance, and to Unseal the Government's Ex Parte Submissions and the Court's Ex Parte Report (ECF 146), until September 12, 2024, and that the deadline in which the defendant may file a reply to the government's response be extended until October 3, 2024. In support of this motion, the government states as follows:

1. The defendant's Motion to Compel, which is 31 pages in length, was filed on August 14, 2024. On August 26, 2024, this Court granted the government's unopposed motion for a one week extension of time until September 5, 2024, in which to file its response. The Court also extended the deadline for the defendant to file a reply until September 26, 2024. ECF 149.

1

2.	Due to trial preparation demands in another case for one of the undersigned government counsel and a pre-planned vacation for the other counsel last week, the government respectfully requests that the Court allow it one more week in which to prepare and file its response to the defendant's lengthy motion.

3.	Undersigned counsel has consulted with counsel for the defendant, Ian Goldstein. Mr. Goldstein has advised that he would have no objection to this request if the Court is amendable to extending the deadline for the defense to submit its reply to the government's response by an additional week until October 3, 2024. The government has no objection to that request.

WHEREFORE, the government respectfully requests that the Court extend the deadline in which the government may file a response to the defendant's Motion to Compel until September 12, 2024, and that it extend the deadline for the defendant to file a reply until October 3, 2024.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: _____
Kathleen O. Gavin
Michael F. Aubin
Assistant United States Attorneys
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
(410) 209-4800

*FILED VIA ECF/CM*