Exhibit 1

266N-BA-3707229
RAM:glwm
H Drive

Date of Conversation:  January 29, 2023

Participants:     1. Confidential Human Source          =          Source
                  2. Sarah Beth Clendaniel              =          Clendaniel

(Whispered background conversation = : ).
Unknowns = Male/Female

Type of Conversation:  Telephonic

---

A transcription of the above-described telephonic conversation is as follows:

Preamble:        This is a call with Nythra88 via telegram, possibly via wire if needed for connectivity.  It
                 is 21:59, January 29th, 2023.

                 (Telephone Rings).

                 (Beeping Noise).

Clendaniel:      (Sighs).  Perfect timing.  (Background Noise).  I was just about to call.

Source:          Oh, perfect.

Clendaniel:      Look at my (Unintelligible).

Source:          I was a little worried.  You didn't answer me.

Source:          I thought you might have fainted or somethin' again.

Clendaniel:      Um, no, sorry.  Fuckin'... (Sighs).

Clendaniel:      I had..., I was dealing with him trying to get out to work.

Clendaniel:      Um...

Clendaniel:      (Sighs).  Ah...   (Laughs).

Source:          So what'd you s...

Source:          The la.., the last time you said you were walking around.  What do you just take..,   kind
                 of like walkin' around the woods?

Clendaniel:      Um, kind of wish there were woods around here to walk...

1

| | |
|---|---|
| Source: | Which one are you using? |
| Source: | Are y... |
| : | (Whispered-type noise). |
| Clendaniel: | Mul.., Mulvad.  (Sighs). |
| Source: | I don't know that one. |
| Clendaniel: | Ah...  (Sighs).  Okay.  (Sniffs).  All right.  So I made sure it was on and shit before I go open this, right.  (Sighs). |
| Clendaniel: | Ah.., |
| Clendaniel: | ...all right. |
| Clendaniel: | So here's... (Sighs).  I should be... |
| Clendaniel: | ...able to share this, right?  Shit.  Tryin' to figure out how to share...  Just forward, go..., |
| Clendaniel: | ...updates. |
| Clendaniel: | Huh. |
| Source: | What are you on? |
| Clendaniel: | I.., I'm in the map.  Okay.  So...  (Sniffs).  All right, let me just..., |
| Clendaniel: | ...ah..., I guess I'll just tell you um.., tell you... |
| Source: | Yeah, I got the map..., map up so just give me the names. |
| Clendaniel: | ...the names of the...  Okay.  So one of 'em... |
| Clendaniel: | ...is Norrisville... |
| | (Small Pause). |
| Clendaniel: | ...and then there's Reisterstown (mispronounces – pronounces like "Reistertown.").., |
| : | (Background Noise and/or unintelligible). |
| Clendaniel: | ...Perry Hall..., |
| Clendaniel: | ...let's see..., |
| Clendaniel: | ...which that's in.... |

Clendaniel:      ...down by like White Marsh.

Clendaniel:      See the.., the thing about this is it's perfect...

Clendaniel:      This...

Clendaniel:      When you look at these, you can see like there's a ring around Baltimore.

Clendaniel:      If we could...

Clendaniel:      ...do these all in a day which ah...,

Clendaniel:      ...i wanna ah.., I think it's...

Clendaniel:      ...safer to do 'em all the same day...

Clendaniel:      ...rather than tryin'...

Clendaniel:      ...to wait...

Clendaniel:      ...and then fuckin' putting security on 'em...

Clendaniel:      ...and shit but um...,

Source:          I agree.

Clendaniel:      ...if we could do...

Clendaniel:      It would completely destroy this whole city.  Like...

Clendaniel:      ...it...  What...  You know, what I'm...

Clendaniel:      ...talkin' about doin'...

Clendaniel:      I want...  I...  Also..,

Clendaniel:      ...we need to make sure we destroy those cores, not just leak the oil which I'll.., I'll.., I'll get...,

Clendaniel:      ...you know, I'll.., I'll talk...

Source:          Uh huh.

Clendaniel:      ...to you more about that and like...,

Clendaniel:      ...um..,

Clendaniel:     ...you...,

Clendaniel:     ...I think...,

Clendaniel:     ...you know, four..,

Clendaniel:     ...a good four or five shots like through the center of 'em..,

Clendaniel:     ...should.., should.., should suffice...,

Clendaniel:     ...like should, you know, should...

Clendaniel:     ...make that happen.

Clendaniel:     Um...,

Clendaniel:     ...so...

Clendaniel:     ...(Unintelligible)...  Like it...

Source:         So...

Clendaniel:     ...would pro.., probably permanently completely...

Clendaniel:     ...lay this city to waste...

Clendaniel:     ...if we could.., if we could do that...

Clendaniel:     ...successfully.

Source:         I mean...

Clendaniel:     Like it's...

Source:         ...hell yeah.

Clendaniel:     Like this is like big...

Clendaniel:     ...tier like n.., nothin' this big has ever been accomplished.

Source:         Yeah, I mean this is...,

Clendaniel:     I mean we would be...

Source:         ...this is real shit.  Um..,

Clendaniel:     Yeah.

Source:          ...now would this...

Source:          ...do...  I don't know how..,

Source:          ...I don't know exactly how it works with this.., the.., you know...,

Source:          ...ah, our friend always talks about...

Source:          ...cascading failure.  Do we think that'll happen with this?

Clendaniel:      Yeah, yes.  Ah, probably.

Source:          Is there an order that we need to do them in for there?

Source:          Like how does that work?

Clendaniel:      (Unintelligible)...  No, no, there's not...  So like the way...

Clendaniel:      So these are all...

Clendaniel:      Um..., all of these...

Clendaniel:      ...are major ones that provide direct power to..,

Clendaniel:      ...to like other small ones.  Like these are like the major...

Clendaniel:      ...ones.  Um..,

Clendaniel:      ...it doesn't have to do  with any...

Clendaniel:      ...particular type of order.  Um.., ah.., what I'm thinkin' and I think...

Clendaniel:      ...we should cut.., ah.., ah..., maybe...

Clendaniel:      ...you know, scope 'em out which we need...

Clendaniel:      ...to be really careful...

Clendaniel:      ...doing...

Clendaniel:      ...and have like a story and stuff so while we're there...

Clendaniel:      ...in (Unintelligible)...,

Clendaniel:      ...ah.., um.., you know, um...,

Clendaniel:      ...check 'em out...

Clendaniel:        ...and..,

Clendaniel:        ...um..,

Clendaniel:        ...figure out what order and what, you know, whatever...

Clendaniel:        ...but I'm thinkin' it probably makes the most sense being ah..., the one that we've.., we have to do...

Clendaniel:        ...together which that.., the hardest one.., um..., which shit, I forget which one that is. I'll have to look at it later (clears throat) (Unintelligible)...

Source;            That's the one you said that it's got firewalls, right?

Clendaniel:        Yes, it has three...

Clendaniel:        ...firewalls and this is like the biggest main one that's gonna really fuck a lot of shit up but yeah, it has.., it has firewalls on three sides.

Clendaniel:        Um...,

Clendaniel:        ...so there's...,

Clendaniel:        ...but there are...

Clendaniel:        ...two points.  Now one of...  Okay.

Clendaniel:        So one of 'em...

Clendaniel:        ...would be...

Clendaniel:        ...like...

Clendaniel:        ...a hundred and eighty...

Clendaniel:        ...some yard shot...

Clendaniel:        ...and the other one is like two hundred and...,

Clendaniel:        ...about two hundred and fifty yards.

Clendaniel:        Do you think you could make that shot.., two hundred and fifty yards out?

Source:            It's a.., it's a big target, right?  I mean how big is my target?

Clendaniel:        Yes, yes.  It is big.  It is ba...

Clendaniel:        ...easily as big as like a car.  I mean it's.., it's huge.

49

Source:         I can hit a car...

Clendaniel:     It's not like workin' the...

Source:         ...at two hundred and fifty yards.

Source:         Can you make the hundred...

Source:         ...and eighty yard shot?

Clendaniel:     Yeah, I um.., I mean I...

Clendaniel:     Again, I haven't like..., believe me.., I...,

Clendaniel:     ...you know, it'll help more...

Clendaniel:     ...to like "eyeball" it..,

Clendaniel:     ...you know what I mean, but I don't see why I wouldn't be able to...

Clendaniel:     ...so especially with what I have.., especially with ah..,

Clendaniel:     ...um..,

Clendaniel:     ...you know, with scopes and shit that I have, it should be ok.

Source:         Yeah, we'll get you set up with that EO tech and all that.

Clendaniel:     Yeah.

Source:         Okay.  Um..,

Clendaniel:     And so um..,

Source:         We should start movin' though.  So what are our next steps?

Source:         What do we need to do?

Clendaniel:     (Sighs).  Um..,

Clendaniel:     ...I.., well like I said, and next...

Clendaniel:     ...we look at...

Clendaniel:     ...the...  I'm thinkin' that after.., what's today..., a..., you know, maybe on like the s.., third...

Clendaniel:     ...if you're available on like the third or the fourth or so of February, um, we should go kind of..,

Clendaniel:     ...you know, go up and.., and scope a couple of 'em out.  I.., I also...

Clendaniel:     ...want to...

Clendaniel:     The other thing I really need to do..,

Clendaniel:     ...and I need to practice driving...

Clendaniel:     ...as much as I can in the ne...,

Clendaniel:     ...over the next, you know..,

Clendaniel:     ...couple weeks...,

Clendaniel:     I really gotta like dig in...,

Clendaniel:     ...you know, practice driving.., get used to that and I.., I wanna try to drive these...

Clendaniel:     ...routes a couple times...

Clendaniel:     ...on my own and like...,

Source:         That's smart.

Clendaniel:     ...you know...,

Clendaniel:     ...get comfortable with 'em so that, you know..,

Clendaniel:     ...um..,

Clendaniel:     ...my only concern here.., this is my only...

Clendaniel:     ...concern about this...

Clendaniel:     ...that I'm worried...

Clendaniel:     ...about not.., and yeah, a little bit...

Clendaniel:     ...worried about.., um.., is that (sighs) um...,

Clendaniel:     ...(sighs).., oh...,

Clendaniel:     ...is the ah.., the possibility...

Clendaniel:     So you gotta think.., as big as this is.., as serious as this is...,

51

| | |
|---|---|
| Clendaniel: | ...like... |
| Clendaniel: | ...what this is going to do long term..., |
| Clendaniel: | ...there's gonna be a... |
| Clendaniel: | ...massive... |
| Clendaniel: | ...investigation, you know..., |
| Clendaniel: | ...and..., |
| Source: | Oh yeah. |
| Clendaniel: | ...um.., |
| Clendaniel: | ...they're gonna definitely be checking... |
| Clendaniel: | ...like all the traffic... |
| Clendaniel: | ...cameras and all that shit, you know. |
| Clendaniel: | So like my only s..., you know, anxiety about it is... |
| Clendaniel: | ...that they might, you know, seeing us.., seeing, you know.., |
| Clendaniel: | ...me right in this.., |
| Clendaniel: | ...in.., right in that... |
| Clendaniel: | ...time frame here and then boom, like... |
| Clendaniel: | ...I'm right over...  I'm all the way o..., all over on this side of... |
| Clendaniel: | ...you know, the area in this town... |
| Clendaniel: | Oh, and the traffic camera right before... |
| Clendaniel: | ...that happens and then... |
| Clendaniel: | ...thirty minutes later, I'm in the next town..., |
| Clendaniel: | ...you know what I mean.., ah.., |
| Source: | So sh.., |
| Clendaniel: | ...right before (slight laugh in voice)... |

52

Source:        ...so should we split up the...

Source:        ...recon...

Source:        ...so it's not...

Source:        ...the same car?

Clendaniel:    I mean ah...  I don't...  Well yeah, so couple things, ah, here and that's what we need to kind of...

Clendaniel:    ...talk about and.., and "hash out" ah...,

Clendaniel:    ...is ah.....

Clendaniel:    I really think...

Clendaniel:    ...we need to do it as fast as possible.  We don't want them...

Clendaniel:    ...to have time.., like 'cause after we do a couple of 'em in the.., you know what I mean.., like...

Clendaniel:    ...say once we 'hit" the third one, right...,

Clendaniel:    ...ah..,

Clendaniel:    ...within a couple hour period or, you know, whatever...,

Clendaniel:    ...they might decide to...

Clendaniel:    ...ah.., try to ah, like, okay, you know, somethin'..., the shit's goin' down..., we need to like go...

Clendaniel:    ...um...,

Clendaniel:    ...you know, put some people in place to like, you know, watch and like protect...

Clendaniel:    ...the other ones...

Clendaniel:    ...in the area be.., so before...

Clendaniel:    I.., I think we should try to do it as fast as possible...

Clendaniel:    ...before they can...,

Clendaniel:    ...you know, maneuver something...

Clendaniel:      ...like that and.., and...

Clendaniel:      ...you know, like...

Clendaniel:      ...get people in..,

Clendaniel:      ...in place...

Clendaniel:      ...before they can...

Source;          Yeah.

Clendaniel:      ...rally the troops so...

Source:          Yeah.

Clendaniel:      ...we can get that.., you know what I mean.., and.., and think about...

Source:          But I mean they're not gonna do that in the middle of the night so I mean what if we...

Source:          ...did, you know, if we did a recon one night and then..,

Clendaniel:      True.

Source:          ...and then do the thing...

Source:          ...the next day.

Clendaniel:      Right.  Yeah, yeah, yeah, yeah, that ah...,

Source:          Or we can try the recon...

Clendaniel:      I didn't...

Source:          I mean...

Clendaniel:      That's the other thing...

Clendaniel:      ...is ah.., I.., I think...

Clendaniel:      ..when we go to do that..,

Clendaniel:      Yeah, like one day...

Clendaniel:      ...use my car...,

Clendaniel:      ...another day use your car and do it kind of on...

54

Clendaniel:      ...different day..., you know, don't...

Clendaniel:      ...do it all at once.

Source:          Exactly.

Clendaniel:      Um.., you know..,

Clendaniel:      ...break it up but ah.., I.., yeah, like I wasn't talkin' about...

Clendaniel:      ...worryin' about it...

Clendaniel:      ...for the recon like, you know, I'm lookin' at like after the fact...,

Source:          Oh, you're talking about for the day of.

Clendaniel:      ...you know what I mean.., they're gonna know the ti...

Clendaniel:      Yeah, like they're...

Clendaniel:      ...gonna know the time frame of when it was done, you know, like they're...,

Clendaniel:      ...we.., down to like...

Clendaniel:      ...what, probably like five minutes...

Clendaniel:      ...at the most.  They're gonna know...

Clendaniel:      ...like...

Clendaniel:      ...the time of when it was hi.., each place was "hit" and when they see...

Clendaniel:      ....us right in that area...

Clendaniel:      ...in.., you know, in...

Clendaniel:      ...different ones in different towns right around...,

Clendaniel:      ...that time...,

Clendaniel:      ...you know..,

Clendaniel:      ...what would be great...

Clendaniel:      ...if we could do...,

Clendaniel:      ...I don't..., is if we...

Clendaniel:     ...could get like a c..., another car..,

Clendaniel:     ...you know, like borrow someone else's car...,

Clendaniel:     ...that way we're u..., and switch it out like as we're do it.  That would be the best...,

Clendaniel:     ...like the.., the best thing...

Clendaniel:     ...to do...

Source:         So...

Clendaniel:     ...but I don't know if that's possible.

Source:         Yeah.

Source:         So...  All right...,

Clendaniel:     Like that.

Source:         ...so my car...

Source;         I didn't tell you about this.  My wife got...  Ah, she's okay but she got in a little car accident so my car's a little smashed up but it's workin' just fine right now...

Source:         ...um..,

Clendaniel:     Okay.

Source:         ...so I've got.

Source;         You've got your car.

Source;         Maybe we could borrow one more?

Clendaniel:     Right.

Clendaniel:     So that's already clear.

Clendaniel:     Right.  I was thinkin'...

Clendaniel:     ...borrow or even if we rent one...

Clendaniel:     'Cause here's the thing.  Like...

Clendaniel:     ...they really don't ah..,

Clendaniel:     ...they don't have the resources...

| | |
|---|---|
| Clendaniel: | ...to go and research every single car... |
| Source; | Uh huh. |
| Clendaniel: | ...and like look up... |
| Clendaniel: | ...who everyone ah.., you know. |
| Clendaniel: | What's gonna... |
| Clendaniel: | ...stand out though is if they see the same car... |
| Source: | Yeah. |
| Clendaniel: | ...in all these different... |
| Clendaniel: | ...places, you know.., |
| Clendaniel: | ...so even.., e.., even if we... |
| Clendaniel: | ...rent a car, it doesn't matter... |
| Clendaniel: | ...that it's registered, you know, whatever..., |
| Clendaniel: | ...but like if we can do that... |
| Source: | It'll be too late. |
| Clendaniel: | ...and that way it's a different car...  Huh? |
| Source: | It'll be too late for them to figure it out. |
| Clendaniel: | Right, right.  I mean that..., the.., and... |
| Clendaniel: | ...as long as we're..., |
| Clendaniel: | ...ah.., in different cars... |
| Clendaniel: | ...and we're not... |
| Clendaniel: | ...doing something to raise their initial sus.., s.., |
| Clendaniel: | ...s.., you know, sus.., ah.., suspicion to go look into... |
| Clendaniel: | ...well who is this person.., who's this car registered to.., 'cause here we see 'em... |
| Clendaniel: | ...in all these places right around the time... |

Clendaniel:      ...s.., you know, several times...

Clendaniel:      ...and like that's...

Clendaniel:      ...enough to make them go do this research but if we.., you know, if it's different car...,

Clendaniel:      ...they're not gonna...

Clendaniel:      Especiallly if we have like a...

Clendaniel:      ...hat...

Clendaniel:      ...on...

Clendaniel:      ...and shit.., you know what I mean...,

Clendaniel:      ...they're not gonna be able to see us on the traffic camera...

Clendaniel:      It's gonna be a different car.

Clendaniel:      I think that would be the best way to go and I mean we could park the cars...

Clendaniel:      ...ahead of time.., like...

Clendaniel:      ...plant them somewhere.., switch cars..., you know, like...

Source;          So...

Clendaniel:      ...as we're doing it.

Clendaniel:      Um...,

Source:          What.., whatta you think about...

Source:          ...this?

Clendaniel:      ...you know...

Source:          You know, my car.., the.., it's g..,

Source:          ...it's.., it's a little smashed up.

Source:          What if I bring it into the auto place...

Source:          ...and, you know, they..,

Source:          ...they give me a loaner...

Source:        ...and we use the loaner car for this?

Source:        Would that work?

Clendaniel:    Yeah, ah, I.., I mean that would..,

Clendaniel:    ...that would work too.  It's ju...  Ah...  Yeah, I mean that would be great...

Clendaniel:    ...especially if like...

Clendaniel:    ...the tag...  I don't know if the...

Clendaniel     ...tag's gonna be different or whatever but like...

Clendaniel:    ...ah.., ah.., and that's what I'm sayin', like, you know, and my point is, is...

Clendaniel:    ...as long as we have a couple that...

Source:        Yeah.

Clendaniel:    I want there to be at least three, if not four, I mean probably best to...

Clendaniel:    ...have four different cars...,

Clendaniel:    ...right.., like...

Clendaniel:    ...two for each of us...

Clendaniel:    ...so that we.., when we go to the different...

Clendaniel:    ...place.., when we go to the next...

Clendaniel:    ...town..., we can switch out and be in a different car.

Clendaniel:    ...so that way they don't...

Clendaniel:    ...see...

Source:        Yeah.

Clendaniel:    ...oh...,

Clendaniel:    ...there's this car again...

Clendaniel:    ...goin' right to the same place right before, you know, it was hit and....

Clendaniel:    ...(Unintelligible).., and there they are again in the...

Clendaniel:      ...in the next town 'cause...

Source:          Yeah.  So we'll use.., we'll use the loaner...,

Source:          ...we'll use the loaner...

Source:          ...and then we'll use your car and we'll...,

Source:          ...we'll get one ah.., maybe.., I mean maybe we'll just rent a car...,

Source:          ...and you can rent like a U-Haul van.

Clendaniel:      Hey, that's what I was thinkin'.  Um...  I would...  Yeah, that works.  Ah...

Clendaniel:      I mean it doesn't...

Clendaniel:      ...matter...,

Clendaniel:      ...you know, what kind of car or whatever.  Absolutely.  We rent one...

Clendaniel:      And especially so...

Clendaniel:      And that's the thing we.., we gotta figure out...

Clendaniel:      ...too...

Clendaniel:      ...is like what...

Clendaniel:      ...car or...

Clendaniel:      'Cause one of 'em we're gonna do together...

Clendaniel:      ...and then we're each gonna do two by ours...,

Clendaniel:      ...you know, s...,

Clendaniel:      ...and j.., jointly...

Clendaniel:      ...like simultaneously go do the.., ah...,

Clendaniel:      ...two more...

Clendaniel:      ...each, right?  Um...,

Source:          So all we gotta do...,

Clendaniel:      ...to make this work.

Source:          So all we gotta do is make it...  Yeah, we only need three cars then...

Source:          ...because we just need to make it...

Source:          ...from one...

Source:          ...to the other and then we...

Source:          ...meet up enroute.

Clendaniel:      Right.

Source:          Okay.

Clendaniel:      Yeah.

Source:          Yeah.  So okay...,

Clendaniel:      I don't know.

Source:          ...I'll.., I'll rent a Home...

Source:          ...Depot truck or something.

Clendaniel:      Well...

Source:          They're cheap as hell.

Clendaniel:      Okay.

Clendaniel:      So hold on, I'm tryin'...  So if we use...

Clendaniel:      Well if we use three cars...,

Clendaniel:      ...um...,

Clendaniel:      ...then I'm thinkin'...

Clendaniel:      ...use either my car or your car to do the one we do together.

Clendaniel:      See well...

Clendaniel:      ...that's the thing is...

Clendaniel:      I don't know.

Clendaniel:      Four cars would still be ideal because either way...

Clendaniel:     ...if we do that...  Like okay...,

Clendaniel:     ...let's say we use.., let's say we use the rental...

Clendaniel:     ...to do the one we do together...,

Clendaniel:     ...then each of our cars are still gonna be in two places right at the time.  Two's not that bad.  It's a hell of a lot better than three...

Source:         That's why I don't like...

Clendaniel:     ...but...

Source:         ...four cars...

Source:         ...because then we gotta.., we gotta go back and get yet another car.

Clendaniel:     Well no, I mean .., that's what I'm sayin'...,

Clendaniel:     ...like if..,

Clendaniel:     ...if we d..., whatever we do with it.., we could leave the other car somewhere...

Clendaniel:     ...like ah.., in...

Clendaniel:     ...you know...,

Clendaniel:     ...like in the area or whatever...

Clendaniel:     ...clo.., you know, close by.

Clendaniel:     Like on the way somewhere, stop and switch those vehicles...

Clendaniel:     ...but...

Clendaniel:     ...you know, I mean that.., that's...,

Clendaniel:     ...that's...

Clendaniel:     S.., so...

Clandaniel:     I mean I guess two places...

Clendaniel:     ...isn't that bad...

Clendaniel:     ...and.., and we would each be, you know, our cars...

| | |
|---|---|
| Source: | Uh huh. |
| Clendaniel: | ...would each be seen... |
| Clendaniel: | ...in the two... |
| Clendaniel: | ...different places um.., during that time so.., so like okay, let's say... |
| Source: | And you're look.., you're talking all of this for the night of..., |
| Source: | ...right? (Sighs). |
| Clendaniel: | Yes, yes.  Yeah. |
| Clendaniel: | The night of.  I'm not worried so much... |
| Clendaniel: | ...a.., as m...  I mean I think we'll... |
| Clendaniel: | 'Cause when we do the recon..., |
| Clendaniel: | ...we're gonna break it up.  We're not gonna go..., |
| Clendaniel: | ...you know..., |
| Clendaniel: | ...back to back... |
| Source: | Right. |
| Clendaniel: | ...to check it out so... |
| Clendaniel: | ...no we'll maybe do like... |
| Clendaniel: | ...two in one day.  We can always switch too.  We can do some of it... |
| Clendaniel: | ...in my car and some of it in yours..., |
| Clendaniel: | ...you know.., |
| Clendaniel: | ...go scope it out or whatever.  Um.., |
| Clendaniel: | ...and then like a week after we do.., ah.., you know, after we... |
| Clendaniel: | ...do that, ah, you know..., |
| Clendaniel: | ...go.., go do it. |
| Source: | That makes sense.  All right, so... |

63

Clendaniel:     Ah...

Source:     ...I gotta look at these.  I wanna do some looking...,

Source:     ...you know, on Google Maps and all that...

Source:     ...to figure out, you know..,

Clendaniel:     Right.

Source:     ...what these look like.  Once you send me the links, I'll kind of scope 'em out...

Source:     ...and we can...

Source:     ...start comin' up with a plan but I like what you're saying is we each hit two and then we do...

Source:     .....the one together.

Clendaniel:     Right.

Source:     And...

Clendaniel:     Let me see.

Source:     And then, you know..,

Source:     ...the c.., the cascading failure.

Clendaniel:     Yeah.

Clendaniel:     I mean I think...

Clendaniel:     Damn, wait, what the hell is...  I don't know what this... Wait a second.., wait a second.., wait a second.  Ah, that's one of 'em.  Oh, I see what happened.

Clendaniel:     That's why it was actin' all weird.

Clendaniel:      Okay.  All right.  Here we go.

Clendaniel:     I got you.

Clendaniel:     I'm...

Clendaniel:     ...sharing them now...,

Clendaniel:     ...sharing them now.

Clendaniel:     Why isn't working?

Clendaniel:      Send.

                (Pause).

                (The sound of a telephone ringing.  Beeping Noise).

Clendaniel:     Hey.

Source:         I think you hung up on me instead of (slight laugh in voice) sending the links.

Clendaniel:     I don't...

Source:         (Sighs).

Clendaniel:     No...,

Source:         (Slight Laugh).

Clendaniel:     ...I didn't hang up.  I heard it.

Source:         (Slight laugh).  (Whispers).  Yeah, okay.

Clendaniel:     It like.., it just hung up.

Source:         Oh.

Clendaniel:     I don't know if it's 'cause of like...

Clendaniel:     ...where I am or...

Clendaniel:     I don't know but...

Source:         All right, so I got the first one.

Clendaniel:     Okay.

Clendaniel:     There's the second one I just sent.  Um.., Perry Hall.  (Pause).  Whoa.  Hmph.

Source:         All right.  I got the third one.

Clendaniel:     Okay.  Here's the Reischertown(Unintelligible)..., um...

Clendaniel:     Where my wa...  Did I leave my water?

Clendaniel:     I'm so bad at doin' that.  Oh, there it is.

Clendaniel:      Okay.

Clendaniel:      Um...,

Clendaniel:      Okay.  There is the fourth one.  I mean even if we can only make four of 'em happen, that still...

Clendaniel:      ...would be..., it still would be massive.  Ah...

Source:          What we'll...,

Clendaniel:      It's fuckin' massive.

Source:          What we'll do...

Source:          ...is we'll.., we'll.., we'll plot it all out...

Clendaniel:      I mean if somethin' goes wrong...

Source:          ...and see how long we think each one will take...

Source:          ...and we'll figure out what we can do.

Clendaniel:      Right.  Right.  How long...

Clendaniel:      ...it'll take to get there.., you know.., all that.

Clendaniel:      Um..., I mean a lot of 'em...  (Sighs).  They each seem to be about thirty to forty minutes from each other.  Um..,

Clendaniel:      ...or, you know, some of 'em...

Clendaniel:      ...a l.., a little bit...

Clendaniel:      ...longer but like...

Clendaniel:      ...obviously, I think when we..,

Clendaniel:      ...when we pick it..,

Clendaniel:      ...you know, we're gonna..,

Clendaniel:      ...like I'm gonna do...

Clendaniel:      ...one side.., the two...

Clendaniel:      ...closest..,