Exhibit 4

266N-BA-3707229
RAM:glwm
H Drive

Date of Conversation:  January 18, 2023
File #1 and File #2
(This conversation was made into two separate files due to first call being disconnected.  It will be made into one transcript).

Participants:     1. Confidential Human Source          =          Source
                  2. Sarah Beth Clendaniel                =          Clendaniel

: = Unknown individual?
(Some whispered voices – non-transcribed conversation).

Type of Conversation:  Telephonic

      A transcription of the above-described telephonic conversation is as follows:

**(File #1 of 2 begins):**

| | |
|---|---|
| | (Background Noise). |
| | (Pause). |
| Source: | Hello? |
| Clendaniel: | Hey. |
| Source: | Hi.  How are you? |
| Clendaniel: | Um.., (slight laugh).., doin' all right.  Sorry, tryin' to do school work with my kids. |
| Source: | No.., |
| Source: | ...I understand.  (Makes breathing noises). |
| Source: | How.., how are they? |
| Source: | How was.., how was the backyard camping? |
| Clendaniel: | (Sighs).  Well we wound up not even..., |
| Clendaniel: | I'm not sure what... Oh, ah.., his.., his mom-mom came like... |
| Clendaniel: | He was gonna try to just... |

Clendaniel:     ...like disappear when she got here and um..,

Clendaniel:     ...you know, and.., and come back because she was adamant about him comin' home that night and goin' to school...

Clendaniel:     ...'cause he's been skippin' school...

Clendaniel:     ...and I guess he finally like he decided he's..,

Clendaniel:     ...be better off to just go...,

Clendaniel:     ...ah, go with her...

Clendaniel:     ...and, you know..,

Clendaniel:     ...skip school again the next day I guess which is what he did.  (Laughs).

Source:     (Laughs).

Clendaniel:     (Unintelligible).  (Sighs).

Source:     (Sighs).

Clendaniel:     Oh!

Source:     Oh!

Source:     Nothing.., nothing I didn't do.

Source:     So he.., he.., ah...

Source:     Oh wait, you said he lives with.., he lives with your mother, right?

Clendaniel:     No, he lives with his paternal...

Source:     Right.

Clendaniel:     ...grandmother...,

Source:     Right.

Clendaniel:     ...my.., ah.., yeah.  Um.., but he.., he comes...

Clendaniel:     ...over to my mom's and stuff all the time so we're gonna go campin'.., we're gonna go campin', um, the next time I come up.., down this way.., ah..,

Clendaniel:     ...up this way from..., um.., like by Baltimore.  When I come down to Cecil County again in a few weeks...,

| | |
|---|---|
| Clendaniel: | ...we're gonna go campin' then. |
| Source: | Nice. |
| Clendaniel: | When I was sick, I really didn't wanna sleep outside in the cold anyway so... |
| Source: | No, you're..., yeah.., that's... |
| Source; | Oh! |
| Source: | Yeah, I mean you're.., you're.., you're in a hard situation and I.., I feel... |
| Source: | ...for ya. |
| Clendaniel: | Yeah. |
| Clendaniel: | And s.., I..., the last thing I need... |
| Clendaniel: | ...is pneumonia on top of everything else... |
| Clendaniel: | ...so it's like... |
| Clendaniel: | Ah! |
| Source; | Exactly. |
| Source: | Um...., |
| Clendaniel: | (Sighs). |
| Source: | ...all right, so let's...  I know you're.., I know you're busy so let's ah.., let's get to it.  Can you talk now? |
| Clendaniel: | Yeah, yep. |
| Source: | All right. |
| Source: | So I mean... |
| Source: | ...I'll just lay it out.  You know, "Raccoon" turned me on to this whole idea... |
| Source: | ...ah, and..., |
| Source: | ...you know, he had said that there might be someone else to coordinate with... |
| Source: | ...and ah.., |

Source:         ...but he didn't.., you know, he didn't tell me about you until..,

Source:         ...you know, but what.., when.., when he texted you...

Source:         ...so...

Clendaniel:     Right.

Source:         ...like...

Source:         ...whatta...,

Source:         ...and whatta you planning?

Source:         We gotta.., ah.., you know, if we're gonna do this...,

Source:         ...let's make sure we're doing this right.

Source:         What are we...,

Source:         ...you know, can we hit..,

Source:         ...are we gonna do these together are we hittin' them...

Source:         ...on the same day..,

Source:         ...what's.., what's the plan?

Clendaniel:     Right.

Clendaniel:     I mean that seems.., that seems like the most ideal...

Clendaniel:     ...to..., to try to do a couple on the same day.

Clendaniel:     You know what I mean?

Clendaniel:     Oh.., um.., like simultaneously...

Clendaniel:     ...or close to simultaneously.

Clendaniel:     He said you.., you already scoped some out and had...

Clendaniel:     ...like had a.., had a few.

Clendaniel:     I mean like...

Clendaniel:     ...before...,

Clendaniel:     ...before the shit happened...

Clendaniel:     ...with me losing my rifle...,

Clendaniel:     ...like I...,

Clendaniel:     ...there was a couple I was lookin' at um..,

Clendaniel:     ...there was one in Delaware...

Clendaniel:     ...like right across...

Clendaniel:     ...the State line I was lookin' at but...

Clendaniel:     ...it's...

Clendaniel:     ...it's too...

Clendaniel:     ...close to a neighborhood.

Clendaniel:     It's probably just probably not a good idea to do that one.

Clendaniel:     (Coughs).  Um.., (sniffs).

Source:         I mean that can be good because, you know, if it's in the middle of nowhere, it's suspect for us to be even.., even be there.

Source:         You know, in the middle of the neighborhood...

Source:         I don't know.  I'd have to see it.

Clendaniel:     Yeah, so like it's not...

Clendaniel:     ...necessarily in...

Clendaniel:     ...the middle of a neighborhood..., like it's still like in...

Clendaniel:     (Coughs).  What.., what.., what's good about it is...,

Clendaniel:     ...it's right next to um..,

Clendaniel:     ...like it.., it's literally like in a life artery.

Clendaniel:     it has um.., rail tracks like goin' up...

Clendaniel:     ...to it...

Clendaniel:     (Coughs).  ...but (clears throat) like I mean it would definitely...

Clendaniel:      ...cut out a lot of shit...

Clendaniel;      Um...,

Source:          I like that.

Clendaniel:      ...it's like a major one but it's like...

Clendaniel:      ...where is like it's...,

Clendaniel;      ...it's.., (background noise) you can get to it like from a back road that's kind of...,

Clendaniel:      ...and probably the best thing to do would be to like park...

Clendaniel:      ...in the neighborhood or...

Clendaniel:      ...like outside the neighborhood and.., and walk through like...

Clendaniel:      ...the little bit of trees...,

Clendaniel:      ...probably have to walk maybe...,

Clendaniel:      ...um, a couple hundred yards.

Clendaniel;      So like you're not in the neighborhood.  You're still kind of like out in the woods nearby a neighborhood...

Clendaniel:      ...but everyone in that neighborhood is gonna hear it..., like...

Source:          Yeah.

Source:          ...we'd have to plan...

Clendaniel:      And.., and it's...

Source:          ...that out.

Clendaniel:      Right.  (Coughs).

Source:          Now did you...,

Clendaniel:      And yeah...,

Source:          ...did.., did...

Clendaniel:      ...if we were gonna do that one, it would probably be best to have someone...

Clendaniel:     ....do it together and have someone like...

Clendaniel:     ...driving so that...

Clendaniel:     ...we can get the fuck...

Clendaniel:     ...out of there right.., you know what I mean..,

Clendaniel:     ...as soon as...

Source:         I.., I like that idea..., one driver.., one...

Source:         ...one shooter.

Clendaniel:     Yeah.  (Sighs).

Source:         Um, what did "Raccoon" say about that one?  Did you tell him about that location?

Clendaniel:     Yeah, we...,

Clendaniel:     I mean ah.., he didn't think that was a good one.

Source:         Okay.

Source:         Did he have a good id..., did he have any...

Clendaniel:     Ah, just because it was so close...,

Clendaniel:     ...to the neighborhood.

Source:         Did he have a better idea?

Clendaniel:     It was...  Um..,

Clendaniel:     No..,

Clendaniel:     ...I mean since then, we haven't...

Clendaniel:     ...really talked about anything like that.

Source:         Okay.

Source:         Um.., 'cause the thing is.., is I've got a pretty good one but it's.., it's.., it's...  So I went
                south.  It's all.., it's down by D. C.

Clendaniel:     Right.

Source:         It's in...  And.., and so...

Clendaniel:      ...I'm.., I'm already...

Source:          ...further south than you...

Source:          ...but, you know, I don't.., I don't know.

Source:          Whatta..,

Source:          ...whatta you think?  Should we be doing...

Clendaniel:      I mean I've (Unintelligible)...

Clendaniel:      I've looked up some like...

Clendaniel:      ...where I was lookin' at um..,

Clendaniel:      ...was um..,

Clendaniel:      ...more like...

Clendaniel:      ...down in like Pennsylvania...,

Clendaniel:      ...um...,

Clendaniel:      ...just because like ah..,

Clendaniel:      ...for me, at the time...,

Clendaniel:      ...you know, the best place for me to have done it...

Clendaniel:      ...would have been like when I came up to my...

Clendaniel:      ...mom's house, you know, like...

Clendaniel:      ...down...

Clendaniel:      ...ah.., ah.., you know..,

Clendaniel:      ...on like the...,

Clendaniel:      ...the Pennsylvania/Maryland...

Clendaniel:      ...Bal.., border or the...,

Clendaniel:      ...or the...

Clendaniel:      ...Delaware/Maryland border...

Clendaniel:      ...but...

Clendaniel:      ...I mean I'm fine with going...

Clendaniel:      ...further south...

Clendaniel:      ...too.

Source:          I mean I'm...,

Clendaniel:      (Coughs).

Source:          ...I'm down to travel...

Source:          ...and, you know, I got the car.., I've got.., you know, I know you got a license problem...

Source:          ...so I don't.., I don't mind traveling.

Clendaniel:      Well I just (background noise) got my license today.

Clendaniel;      I'm still like.., because i..,

Clendaniel:      ...I literally just learned how to drive...

Clendaniel:      ...like in the last several months...

Clendaniel:      ...and I have...,

Clendaniel:      ...I have a car...

Clendaniel:      ...kind of um...,

Clendaniel:      ...it's my...

Clendaniel:      ...friend's car that I live with.., that's like...

Clendaniel:      ...a complicated.., the whole other thing...,

Clendaniel:      ...ah, the person I live with.

Clendaniel:      Like I wouldn't have an issue gettin'.., you know, gettin' it and goin'...

Clendaniel:      ...and like travelin' but...

Clendaniel:      ...I'm just not like...

Clendaniel:      ...super comfortable yet like...

9

Clendaniel:      ...driving...

Source:          All right.  Yeah, if you..,

Clendaniel:      ...(Unintelligible).

Source:          ...if you just learned how to drive, maybe I'm gonna be the driver.  (Laughs).

Clendaniel:      Yeah.  I don't...

Clendaniel:      It would.., it would...,

Clendaniel:      ...it would be terri..,

Clendaniel:      ...a terrible situation where like I got pulled over because.., you know what I mean.., like...

Clendaniel:      ...I'm already drivin'..,

:                ...I'm anxious...

Clendaniel:      ...and fuckin' do somethin' dumb..,

Clendaniel:      ...get pulled over and...

Clendaniel:      ...I'm a felon with a fuckin' firearm in the...,

Clendaniel:      ...in the car.  That would be like...

Clendaniel:      Well I mean that...

Clendaniel:      ...w..., that wouldn't happen that way.

Clendaniel:      I wouldn't.

Clendaniel:      Like I wouldn't let it go down like that but...

Source:          Yeah, I mean...

Clendaniel:      That's (Unintelligible).

Source:          ...at that sh..., at that point...,

Source:          ...you just gotta do somethin'.

Clendaniel:      Right.  At that point...,

10

Clendaniel:     ...need to make a shot more than three or four hundred yards.

Clendaniel:     Um, I have a...,

Clendaniel:     ...an EOTECH with a...

Clendaniel:     ...four time magnifier...

Clendaniel:     ...to go with it...

Clendaniel:     ...that goes up to four hundred yards.

Source:         So that's the ah...  Okay.  So now let's..., let's.., you know, let's.., let's talk gear here.
                You know..,

Source:         ....definitely...

Source:         ...I like the idea, you know..,

Source:         ...we're gonna need optics there.

Source:         Um..,

Source:         ...do we...

Source:         You know, what else do we need?

Source:         Whatta you.., whatta you like...

Source:         If.., if.., if you're lookin' for...

Source:         What did you have on order?  What.., what.., what is this rifle?

Source:         Like what did you.., what do you have planned?

Clendaniel:     Okay, so..,

Clendaniel:     ...so what I was.., what I had...

Clendaniel:     ...on order..,

Clendaniel:     ...and this is what I'd...

Clendaniel:     ...still like to get...,

Clendaniel:     ...it was a um..,

| | |
|---|---|
| Clendaniel: | Smith & Wesson... |
| Clendaniel: | ...M&P10 Sport. |
| Clendaniel: | ....an AR-10 style rifle |
| Clendaniel: | Um.., |
| Clendaniel: | The only thing..., |
| Clendaniel: | ...like... |
| Clendaniel: | ...I would probably... |
| Clendaniel: | ...change with it..., |
| Clendaniel: | ...'cause I did... |
| Clendaniel: | ...a lot of like... |
| Clendaniel: | ...research on it recently.  I was thinkin' about changing the trigger out and stuff... |
| Clendaniel: | ...but... |
| Clendaniel: | ...apparently... |
| Clendaniel: | ...like... |
| Clendaniel: | ...for everything I've.., |
| Clendaniel: | ...read and.., and seen on it... |
| Clendaniel: | ...like on YouTube and stuff..., |
| Clendaniel: | ...everybody says the trigger.., |
| Clendaniel: | ...like the stock trigger is..., |
| Clendaniel: | ...is fine.  Like there's really no reason to change it out unless you're like... |
| Clendaniel: | ...you know, just one of those like crazy fuckin'... |
| Clendaniel: | ...just spend all the money you can to have like the perfect fuckin'... |
| Clendaniel: | ...five thousand dollar rifle to take the competitions and shit. |
| Clendaniel: | Um.., the only thing I would..., |

Clendaniel:       ...wanted to change, I might...

Clendaniel:       ...wanna change out um..,

Clendaniel:       ...the rear charging handle.

Clendaniel:       Ah, the..,

Clendaniel:       ...the ambi..., it's an ambidextrous...

Clendaniel:       ...charging handle....

Clendaniel:       ...and ah..,

Clendaniel:       ...my.., the.., the rifle I had before was a um..,

Clendaniel:       ...right side...

Clendaniel:       ...charging handle.

Clendaniel:       Um.., so I may wanna...

Clendaniel:       ...change that out and get one that's like slightly bigger...

Clendaniel:       ...and um..,

Clendaniel:       ...I wanna get a new...

Clendaniel:       ...handrail...

Clendaniel:       Like a M-Lok handrail...

Clendaniel:       ...for it...

Clendaniel:       ...and a foregrip.

Source:          All right.  So you got that...

Clendaniel:       And that..,

Clendaniel:       ...(Unintelligible).

Clendaniel:       Ah, most of that I can order on my own...,

Source:          Right.

Clendaniel:       ...um..,

Clendaniel:        ...but...

Clendaniel:        ...I was hoping..., like since..,

Clendaniel:        ...'cause that's the other issue (background noise) that I have...,

Clendaniel:        ...like.., 'cause I thought about like trying to fuckin'...

Clendaniel:        ...build one myself...

Clendaniel:        ...or.., you know what I mean.., like get a...

Clendaniel:        ...3D printer to do...

Clendaniel:        ...like...

Clendaniel:        ...part of it or whatever but like...

Clendaniel:        ...where I live...,

Clendaniel:        ...the person I live with...

Clendaniel:        It's like...

Clendaniel:        ...very nosey..., I have very little space...,

Clendaniel:        ...and...,

Clendaniel:        ...you know, like I'd have to buy pretty much all the tools and stuff...

Clendaniel:        ...although eventually...

Clendaniel:        ...like...

Clendaniel:        ...I mean I wanna talk about that with you eventually, you know, at some point.

Clendaniel:        Like...

Clendaniel:        ...I'm gonna get a.., um..,

Clendaniel:        ...I'm gonna file off...

Clendaniel:        ...the serial number too so you don't have to worry about...

Clendaniel:        ...that.

Clendaniel:        Like, you know, I mean...

| | |
|---|---|
| Clendaniel: | ...I figured you can also like report it stolen and everything and then by the time like I file off the serial number.., |
| Clendaniel: | ...then it's not traceable to you. |
| Clendaniel: | Um... |
| Source: | So that could work. |
| Source: | I...  So I've done.., I've printed a couple of ARs before... |
| Source: | ...and I've also... |
| Source: | ...done...  I...  Do you kn... |
| Source: | Are you familiar with the eighty percent milling? |
| Clendaniel: | Yes.  My...  That's actually where i.., I got my ah.., |
| Clendaniel: | ...my pistol and my... |
| Clendaniel: | ...nine millimeter and my... |
| Clendaniel: | I had someone did that... |
| Clendaniel: | ...for me... |
| Clendaniel: | Oh. |
| Source; | So, and... |
| Clendaniel: | Milled out (Unintelligible). |
| Source: | Again.., |
| Clendaniel: | Yeah. |
| Source: | ...I'm gonna put it bluntly.., |
| Source: | ...you know, you.., |
| Source: | ...you've (slight laugh in voice)..., |
| Source: | ...you don't have... |
| Source: | ...very much to lose at this point..., |

Source:          ...you know, I'm.., I'm..,

Source:          ...I'm taking...,

Clendaniel:      That's right.

Source:          ...I'm taking a lot of risk here and especially...

Clendaniel:      (Unintelligible).

Source:          ...if I'm gonna be puttin' my name...

Source:          Even like you talked about...,

Clendaniel:      But...

Source:          ...okay..,

Source:          ...we can file off...

Source:          ...the serial number.., we can report it...

Source:          ...stolen but at the end of the day..,

Source:          ...it still comes back to me...

Source:          ...which is why I like the idea of...

Source:          ...3D printing better...

Source:          ...or milling one so if I could make you something, would that work?

Clendaniel:      Yeah, but I mean how much time are we talking about...

Clendaniel:      ...ah..,

Source:          Mi...

Clendaniel:      ...having it?

Source:          Milling.., I can do it in two weeks.

Source:          Takes a week for the parts to get here.., takes a couple...

Source:          ...afternoons of work and it would be ready to go.

Source:          Printing...,

Clendaniel:      ...AR before like had a lot of problems with...

Clendaniel:      ...the gas...

Clendaniel:      ...and stuff.  Like the first time, it was...

Clendaniel:      ...over-gassed and the second time it was under-gassed and it was, you know, it kept
                 jamming because of that.  Um...,

Clendaniel:      ...so that's what I was sayin' is like just...

Clendaniel:      ...I was asking if that's something you're...,

Clendaniel:      ...like if you're proficient at.., you know..,

Clendaniel:      ...like if you're...,

Clendaniel:      ...if...

Source:          I've done it a few...,

Clendaniel:      If you...

Source:          ...I've done..,

Clendaniel:      It's...

Source:          ...I've done it a...

Clendaniel:      (Unintelligible).

Source:          I've done a couple of 'em.

Source:          I've never had problems like that.  I.., I...

Source:          And we'll test it out and make sure...

Soure:           ...that everything works.

Clendaniel:      Okay.

Clendaniel:      All right, yeah.

Clendaniel:      I mean I..., I know like...,

Clendaniel:      ...as I was sayin' at the end is I don't know how long it took him...

Clendaniel:       ...'cause I was actually locked.., I was in a halfway house...,

Clendaniel:       ...um.., but bef.., like from the time we told..,

Clendaniel:       ...first talked about it...

Clendaniel:       ...'til the time it was like built..,

Clendaniel:       ...was like...

Clendaniel:       ...several months...

Source:           Nah, no, it's not gonna take that long.

Clendaniel:       ...that we were actually (Unintelligible) it...

Clendaniel:       ...but I don't know if that was just.., is it's how long it took...

Clendaniel:       ...him to build it or...

Clendaniel:       ...if..,

Clendaniel:       ...you know..,

Clendaniel:       ...was 'cause I...,

Clendaniel:       ...didn't get up here in time or whatever...

Source:           No, we'll...

Clendaniel:       ...the timing...

Clendaniel:       ...was bad or what the...

Source:           No, it won't take that long.

Source:           Um...,

Source:           ...if you wanna do something...,

Source:           ...you know..,

Source:           ...I think...

Source:           ...in.., in about a month.., you know..,

Source:           ...maybe a little less than a month..,

Source:         ...we could be ready to go...

Source:         ...if we...,

Source:         ...you know, if we're.., if we're diligent about this...

Source:         ...and we plan it out right.

Clendaniel:     Okay.  All right, so do you...  I mean do you want me to order the stuff...

Clendaniel:     ...or do you w...  Probably um.., um.., best for you to just...

Clendaniel:     ...order it like you know...

Source:         ...what...

Clendaniel:     ...your (Unintelligible)...

Source:         All right, how 'bout.., how 'bout this.  Send me a "wish list...," not necessarily...

Clendaniel:     Okay.

Source:         ...not necessarily, you know..,

Source:         ...exact...

Source:         ...models or anything like that but tell me what you want.  You know, you said you want a...

Source:         ...foregrip.

Source:         Ah, you know, are you looking...

Source:         ...for short barrel or long...

Source:         ...barrel.

Source:         You know.., what kind of optic are you looking to map?

Clendaniel:     The shorter the better.

Source:         Send...  The...  Ah...  Send this..,

Source:         ...send this all to me so that I know how to.., you know..,

Source:         ...I can.., I can.., I can write it down and stuff.

Clendaniel:     Okay.  All right.

Source:         Um..,

Source:         ...and then, you know, the other nice thing...

Source:         ...is if we're s.., talking about printing...,

Source:         ...um..,

Source:         ...or, you know..,

Source:         ...just manufacturing...,

Source:         ...in general...,

Source:         ...we have a couple of...

Source:         ...different options, you know?  Are you...,

Source:         ...would you be interested in.., in a silencer or something like that, you know?  Do we... Whatta you...  What just...  Give me.., give me the "wish list."

Clendaniel:     Okay, so actually, I w.., I do really want a silencer for my...

Clendaniel:     ...um.., Glock 9.

Source:         Okay.

Clendaniel:     Um, but I know with like ARs like suppressing it isn't really.., it.., not.., it's not really possible to suppress it...,

Source:         So here's...

Clendaniel:     ...ah..,

Source:         ...what's it's gonna..,

Source:         ...here's what it's gonna be.  Silencer...,

Source:         ...I use the term si...  I.., I.., I.., I say...

Source:         ...silencer because it sounds cool.

Clendaniel:     Like what...

Source:         Um...,

Clendaniel:     Like...

Clendaniel:     Right.  Take a...

Source:         Here's the difference.

Clendaniel:     It's called a compensator, right?

Source:         Ah, yeah, well, no, a compensator's...

Source:         ...different...

Source:         ...than a suppressor...

Source:         ...but here's the thing with a suppressor.

Source:         This isn't James Bond.

Source:         It's not gonna be silent...

Source:         ...but...

Clendaniel:     Right, no.

Source:         ...what it does is it...

Source:         ...messes...

Source:         ...with the sound...

Source:         ...so if...

Source:         ...I shoot it..,

Source:         ...it makes it much harder for...

Source:         First of all, it is just much quieter.

Source:         ...but it...

Source:         ...also makes it much harder for people to figure out where it came from.

Source:         You know it kind of...

Clendaniel:     Okay.

Source:         ...messes with the.., with the report of the rifle.

47

Clendaniel:   Okay.  Yeah, see the person who built the AR like for me when I was asking about like some kind of...

Clendaniel:   ...suppressor...,

Clendaniel:   ...like he said that...

Clendaniel:   ...pretty much like that wasn't possible and I don't know why he was calling it a compensator...

Source:       No.

Clendaniel:   ...'cause the compensator's more for how much um.., for like the recoil.

Source:       Ah, yeah, a compensator..,

Source:       ...I won't go into all the detail...

Source:       ...but a compensator's...

Source:       ...it.., it...,

Source:       ...it...

Source:       They can look kind of similar but they do.., they're completely different.

Clendaniel:   Yeah, I don't know why like he said that wasn't possible and that you don't wanna try to (Unintelligible) suppressor on the AR and...

Source:       Nah...,

Source:       ...that's.., that's bullshit. Now...,

Source:       ...here's the thing.

Source:       They are..., you know..,

Source:       ...unless you register them and...

Source:       ...fill out all the ATF paperwork...

Source:       ...it's illegal...

Source:       ...so that's...

Clendaniel:   Right.

Source:       ...just another decision that you've gotta make.

Source:          Now...,

Source:          ...I can print one.

Clendaniel:      I mean it.., it's all illegal for me so it doesn't matter.  (Slight laugh in voice).

Source:          Okay.  I just..,

Clendaniel:      You know.

Source:          ...I wanna make sure...

Source:          I.., I wanna be ah...  You know, we gotta be honest with each other.

Source:          I wanna make sure...

Source:          ...that you know everything that we're say.., that I'm thinkin'...

Source:          ...and.., and I gotta know everything that you're thinkin'...

Source:          ...so that we're not.., we don't.., we don't...

Source:          You know, we can't.., we c.., we can't be ah...

Source:          We gotta be on the same page.

Clendaniel:      Right.

Source:          Um...

Source:          So yeah, why don't...,

Source:          Send me a "wish list."

Source:          I'll send you a couple...

Source:          ...of things that I've done before...

Source:          ...to ah.., get you.., give you an idea and we'll figure out what you want...

Source:          ...and if..,

Source:          ...if I can build it...,

Source:          ...then I'll build it.

Source:          If I can't build it, then we'll buy it.