Exhibit 5

266N-BA-3707229
RAM:glwm
H Drive

Date of Conversation:  January 24, 2023

Participants:   1.  Confidential Human Source         =      Source
                2.  Sarah Beth Clendaniel              =      Clendaniel

(Unknown Background Voices heard =  : ).
Unknown Male = Male

Type of Conversation:  Telephonic

A transcription of the above-described telephonic conversation is as follows:

Clendaniel:     (In background).  (Unintelligible) stupid.

Source:         Hey, how's it goin'?

Clendaniel:     Hey.

Source:         (Sniffs).

Clendaniel:     Ah.., (whispers/sighs/slight laugh in voice).  It's goin'.

Source:         (Sighs).

Source:         How are you feelin'?  You scared me when you said that...,

Source:         ...you know, you were in the hospital.

Clendaniel;     Ah..., (sighs).., ah...,

Clendaniel:     Well I..., ah..,

Clendaniel:     ...I started havin'...

Clendaniel:     When I was at my mom's house, I noticed um.., what felt like blood clots in my.., in my leg again...

Clendaniel:     ...and it kind of freaked me out and then on top of that..,

Clendaniel:     ...like I kept havin' these really bad...

Clendaniel:     ...like heart.., not...  I mean obviously I was sick and was like coughin' just.., so my lungs were opened..., but like I was having like what felt like pain in my heart and...

1

| | |
|---|---|
| Source: | Was that… Wait.., was that the one you got… |
| Clendaniel: | …I decided to ah… |
| Source: | Oh, sorry. |
| Clendaniel: | What? Go 'head. |
| Source: | Oh, I was just gonna ask, is that.., is that the one they took when you got.., when you got arrested? |
| : | (Unintelligible Background Conversation). |
| Clendaniel: | No. So I didn't get arrested. That's a long story. My… I… (Laughs). Ah! |
| Clendaniel: | My fucking autistic nephew got it taken. Ah, me, him, my son and my son's friend…, |
| Clendaniel: | …I took out in the woods by my house. I wanted… |
| Clendaniel: | …to teach… |
| Clendaniel: | …my son and, you know.., |
| Clendaniel: | …maybe like his friend.., |
| Clendaniel: | …his friend's (Unintelligible) pretty based. Like I wanna teach 'em how to shoot it and like how to shoot, in general. |
| Clendaniel: | Um.., so like… |
| Clendaniel: | …I figured like my one… |
| Clendaniel: | …nephew was already "hanging out" with them and wanted to come… |
| Clendaniel: | …and I figured, you know, it'd be good 'cause they could kind of block me… |
| Clendaniel: | …while I was walking… |
| Clendaniel: | …so nobody would see it and shit… |
| Clendaniel: | …and the last thing I wasn't just like… |
| Clendaniel: | …while I'll walk out in the woods, someone or… |
| Clendaniel: | …worse, some…, ah, worst of all.., |
| Clendaniel: | …like a cop drive by and like stop. |

50

| | |
|---|---|
| Clendaniel: | ...of the rifle... |
| Clendaniel: | ...and he's like give me that..., |
| Source: | Easy way to get shot. |
| Clendaniel: | ...you know, give me that.., |
| Clendaniel: | ...which again.., right.., exactly. |
| Clendaniel: | Like... |
| Clendaniel: | ...just zero situational fuckin' awareness.  Now mind you.., |
| Clendaniel: | ...my pistol was fucked up. |
| Clendaniel: | Like I only had it... |
| Clendaniel: | ...with me because... |
| Clendaniel: | ...like I said, I was tryin' to just get used to carryin' and the weight and shit... |
| Clendaniel: | ...but it was... |
| Clendaniel: | ...um.., (coughs).., I needed a whole new slide and shit.  My fucking other nephew..., |
| Clendaniel: | ...the little fuckin' bastard that he is.., |
| Clendaniel: | ...when he got... |
| Clendaniel: | ...and built his, his was fucked up.  Like it was "machine frogged..." |
| Clendaniel: | ...so he switched it out and took mine. |
| Source: | Oh, he stole your shit? |
| Clendaniel: | ...and...  Yeah. |
| Clendaniel: | He took.., and...  Right. |
| Clendaniel: | He switched out the whole upper... |
| Clendaniel: | ...par..., you know, the whole slide... |
| Clendaniel: | ...and barrel..., took mine and put his shitty one on there. |
| Clendaniel: | (Coughs). |

70

Clendaniel:   Um.., so like when I went there, I didn't realize that it was...

Clendaniel:   ...fucked up because the last time...

Clendaniel:   ...like I literally only...

Clendaniel:   ...fired it like twi..., took it to the range...

Clendaniel:   ...like twice and fired it. It worked perfectly fine.

Clendaniel:   A lot of shit had went on at the time and like...

Clendaniel:   ...I literally...

Clendaniel:   ...had it like packed...

Clendaniel:   ...away like buried.., you know..,

Clendaniel:   ...fuckin' whatever. Hadn't cleaned it..,

Clendaniel:   ...hadn't fucked with it...

Clendaniel:   I'm like...

Clendaniel:   ...not cleaning it...

Clendaniel:   ...isn't gonna do this to it.

Source:       (Unintelligible).

Clendaniel:   ....and when I...

Clendaniel:   ...got it back out and I took it down there and was gonna.., I was tryin' to have my daughter...

Clendaniel:   I wanna teach my daughter...

Clendaniel:   ...how to shoot it.

Clendaniel:   Um...,

Clendaniel:   ...and it.., it wasn't working and I'm like what the fuck?

Clendaniel:   Like it wasn't even... The.., the bullet wasn't even like chambering...

Clendaniel:   ...properly.

71

| | |
|---|---|
| Source: | So failure to feed. |
| Clendaniel: | Um.., |
| Clendaniel: | Huh? |
| Source: | So like a failure to feed. |
| Clendaniel: | Yeah.  There wa...  Yes.  Exactly. |
| Clendaniel: | Um... |
| Source: | That makes sense if you were talking about the slide. |
| Clendaniel: | ...so like I.., I.. |
| : | (Background Noise). |
| Clendaniel: | So I showed..., like I.., I thought.., |
| Clendaniel: | ...by lookin' at it..., |
| Clendaniel: | ...I didn't know that the little piece.., the extractor.., like was supposed to be there (slight laugh in voice)... |
| Clendaniel: | Like..., |
| Clendaniel: | ...you know, I was just like well what the fuck?  I thought... |
| Clendaniel: | ...maybe my brother... |
| Clendaniel: | ...because it doesn't have a safety. |
| Clendaniel: | I thought maybe my brother did somethin' to it... |
| Clendaniel: | ...to make it like incap..., |
| Clendaniel: | ...because that's what was happened... |
| Clendaniel: | ...is that... |
| Clendaniel: | ...the extractor piece... |
| Clendaniel: | ...was like stickin'... |
| Clendaniel: | ...far..., so far in there that it wouldn't allow it to feed proper. |
| Clendaniel: | Like it would.., wasn't..., |

72

| | |
|---|---|
| Source: | That can happen if you just assemble it wrong. |
| Clendaniel: | Wouldn't let it come up... |
| Clendaniel: | Um.., |
| Clendaniel: | ...yeah, but it.., that's the thing.., is it hadn't been..., put in.., and that wasn't the problem... |
| Clendaniel: | ...'cause it..., again.., it fired perfectly fine before. |
| Clendaniel: | Um, it hadn't... |
| Clendaniel: | ...been taken apart or reassembled... |
| : | (Unintelligible). |
| Clendaniel: | ...at all. |
| Clendaniel: | Like it was.., you know, and there was... |
| Clendaniel: | ...no way to fix it... |
| Clendaniel: | ...without getting... |
| Clendaniel: | So like when I showed it to my brother, was like what did you do to it? (Slight laugh in voice).  Why is it.., you know..., |
| Clendaniel: | ...and he was like... |
| Clendaniel: | ...that's weird.  Like that wasn't an issue, you know, and he looked at it and was like..., |
| Clendaniel: | ...you know, explain.., and he started... |
| Clendaniel: | ...looking at it... |
| Clendaniel: | ...and he could see that someone... |
| Clendaniel: | ...who didn't... |
| Clendaniel: | ...really know what they were doin'..., |
| Clendaniel: | ...had tried removing the pins in it and was like did you try taking it... |
| Source: | No, it was when your nephew... |
| Source: | ...fucked with it. |

73

| | |
|---|---|
| Clendaniel: | ...apart and I was like... |
| : | Yeah. |
| Clendaniel: | ...I was like no, I haven't touched it.  I haven't fucked with it at all.  He's like you didn't try takin' it apart at all and I was like no. |
| Clendaniel: | You can see... |
| Clendaniel: | ...someone had tried like pushing...  There were like... |
| Clendaniel: | ...little dents... |
| Clendaniel: | ...in the pins... |
| Clendaniel: | ...where someone had tried like pushing the pins out and like dented it a bunch.., like little.., |
| Clendaniel: | ...you know, like...  (Sniffs).  Um... |
| Clendaniel: | And it's funny.., like my brother was like yeah, that's weird.  He's like this is exa..., that's exactly... |
| Clendaniel: | ...what was wrong with ah.., |
| Clendaniel: | ...you know, with our nephew's pistol and... |
| Source: | (Slight laugh). |
| Clendaniel: | ...blah, blah, blah... |
| Clendaniel: | ...and like... |
| Clendaniel: | I was like ah.., |
| Clendaniel: | ...okay..., |
| Clendaniel: | ...so like at first, my brother was trying to tell me like I just.., I needed... |
| Clendaniel: | ...a new extractor so... |
| Clendaniel: | Just to see what my nephew said... |
| Clendaniel: | ...and to see 'cause he was like well he might have an extra one because... |
| Clendaniel: | ...like he got one... |

74

| | |
|---|---|
| Clendaniel: | ...from me.., you know, whatever. |
| Clendaniel: | I.., and at that point, I had a feeling..., |
| Clendaniel: | ...that it was him that.., that did something... |
| Clendaniel: | ...so I went and like asked.  I was like hey, you know.., |
| Clendaniel: | ...so I don't have to buy one and have it shipped and shit.., like will you sell me.., do you have an extra.., and he was like yeah, like I do.., |
| Clendaniel: | ...and he was like.., |
| Clendaniel: | ...oh, but that's not... |
| Clendaniel: | ...what's wrong with it. |
| Clendaniel: | He knew exactly what was wrong before even looking at it. |
| Clendaniel: | He's like oh yeah, no, like it's the slide and the barr... |
| Clendaniel: | It's a machine prong and..., |
| Clendaniel: | ...and he was like yeah, he.., and he's like... |
| Clendaniel: | ...so you never fired it before. |
| Clendaniel: | You can tell he assumed that I'd never fired it before this and I was like yeah, I did... |
| Clendaniel: | Fired just fine before...  (Takes a breath). |
| Source: | (Laughs). |
| Clendaniel: | ...and the look on his face gave it (CD distorts) all away. |
| Clendaniel: | He was like oh, oh well.., well I don't know because... |
| Clendaniel: | ...that's the thing.  It's like... |
| Clendaniel: | ...if it was a machine wrong.., |
| Clendaniel: | ...it didn't... |
| Source: | (Unintelligible). |
| Clendaniel: | ...fire... |
| Clendaniel: | ...fine before and now it's completely fucked up.., that doesn't happen..., |

75

| | |
|---|---|
| Source: | That doesn't make any sense. |
| Clendaniel: | ...um, especially... |
| Clendaniel: | ...without ever.., without... |
| Clendaniel: | ...having been.., like it's not... |
| : | (And/or a background noise). |
| Clendaniel: | ...like I beat it into the road or fuckin' took it apart... |
| Clendaniel: | ...or did anything... |
| Clendaniel: | ...with it.  Like hadn't even cleaned it.., hadn't polished it.., nothing. |
| Clendaniel: | It was packed away and, you know...  It doesn't..., somethin' doesn't... |
| Clendaniel: | ...fuck up that much... |
| Clendaniel: | ...just from havin' what, maybe fifty rounds shot through when it was... |
| Clendaniel: | ...perfectly fine.  (Coughs). Um..., |
| Clendaniel: | ...so like he's..., the look on his face gave it all away and like the fact that he knew exactly what was wrong with it... |
| Clendaniel: | ...but um... |
| Source: | Oh yeah, that's suspect. |
| : | (Background Noise). |
| Source: | Um... |
| Clendaniel: | Yeah, so like I took it out there... |
| Clendaniel: | ...just to..., again.., just to be used just to have.., |
| Clendaniel: | ...you know, for training purposes.  I was trying to get used to like transitioning... |
| Clendaniel: | ...from like pistol to rifle..., |
| Clendaniel: | ...get used to carrying it.., get used to... |
| Clendaniel: | ...having like all this extra weight and.., |

76

Source;        Right.

Clendaniel:    Um, it's just.., it's a lot easier all the way around...

Clendaniel:    ...having an ambidextrous handle. It's more...

Source;        Okay.

Clendaniel:    ...versatile but (CD distorted) also...

Clendaniel:    ...because.., and this is the other thing we both need...

Clendaniel:    ...to make sure we have..., is a brass catcher.

Clendaniel:    Brass catchers...

Clendaniel:    ...go..,

Clendaniel:    ...you.., you know, they.., they.., if you have a side charger, the brass catcher...

Clendaniel:    ...gets in the way of that...,

Source:        Okay.

Clendaniel:    ...like trying to charge 'em...,

Clendaniel:    ...because, you know, so like...

Clendaniel:    ...that's another thing I wanted to talk to you about is...

Clendaniel:    ...when we.., I wanna try.., like I had before...

Clendaniel:    I was (Unintelligible) I went to the range like...

Clendaniel:    ...before all this shit happened...

Clendaniel:    ...when I lost my rifle and everything..,

Clendaniel:    ...like I was gonna...

Source:        Right.

Clendaniel:    ...pick up...

Clendaniel:    ...some shells...,

Clendaniel:    ...you know..,

122

| | |
|---|---|
| Clendaniel: | …b.., and people were out… |
| Clendaniel: | …shootin' at the range.  There's shells everywhere. |
| Clendaniel: | I was gonna pick up some like… |
| Clendaniel: | …other, um…, |
| Clendaniel: | …you know…, |
| Clendaniel: | …like 556… |
| Clendaniel: | …or whatever.., just different rounds of shells… |
| Clendaniel: | …to take… |
| Clendaniel: | …to drop.., like when we… |
| Clendaniel: | …do this…, |
| Clendaniel: | …to drop them… |
| Clendaniel: | …there but make sure we keep our shells just to… |
| Clendaniel: | …throw them on like a "wild goose chase…" |
| Clendaniel: | …and have them fuckin' out runnin' around… |
| Clendaniel: | …(slight laugh in voice) looking for somethin' else… |
| Source: | (Slight Laugh in Voice).  That's brilliant.  I love it. |
| Clendaniel: | It'll take up more resources. |
| Clendaniel: | (Sniffs). |
| Source: | I love it. |
| Clendaniel: | Yeah. |
| Source: | So.., so yeah, here's what I'm thinkin'. |
| Clendaniel: | But a brass catcher… |
| Clendaniel: | …is like.., it..,it is like a mo.., I mean that's… |
| Clendaniel: | We both need to have that so we don't have to… |

123

Clendaniel:   …worry about…

Clendaniel:   …diggin' around.., pickin' up our…

Clendaniel:   …shells afterwards…

Clendaniel:   …'cause we don't…

Source:      S…

Clendaniel:   …wanna leave those layin' there.

Source:      So I actually…

Clendaniel:   That's the first…

Clendaniel:   …thing they're gonna do is dig around…

Clendaniel:   …for those.

Source:      I already repr…,

Clendaniel:   (Coughs).

Source:      I already printed myself…

Source:      …part of one.

Source:      Um…,

Source:      "…Raccoon" told me about…

Clendaniel:   Okay.

Source:      …this months ago…

Source:      …um..,

Source:      …so I already printed…

Source:      …part of one.  I.., I..,

Source:      …I'll finish it off and I'll make you one too…

Source:      …but… So here's the thing.

Clendaniel:   Okay.

124