IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| **v.** | : | **Case No. JKB-23-056** |
| | : | |
| **SARAH CLENDANIEL** | : | |
| | : | |

## MOTION TO SEAL

Sarah Clendaniel, by counsel, hereby moves to seal her sentencing memorandum and exhibits in this case. The memorandum and exhibits contain confidential and protected medical and child protective services information.

WHEREFORE, Ms. Clendaniel requests that the above sentencing memorandum and accompanying exhibits be placed under seal.

Respectfully submitted,

JAMES WYDA
FEDERAL PUBLIC DEFENDER

_____/s/_____
SEDIRA S. BANAN (#804827)
Assistant Federal Public Defender
Office of the Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Telephone: (410) 962-3962
Facsimile: (410) 962-3976
Email: sedira_banan@fd.org