The Honorable James K. Bredar
United States District Judge
c/o Sedira Banan
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201


To The Honorable Judge Bredar:

    As Sarah Beth's Mother, I can say beyond any shadow of a doubt, that she belongs to Father God and has a call on her life. I know God gave her to me because I had to ███████████████████████████████████████████; The Holy Spirit came over me and said, "You can do with her what you will, but you can't take her life because she belongs to god". She was already up and walking down the street ███████████ ██████. That situation only reinforced my belief that she belongs to God. Joel 2:28 and Acts 2:17 both promise that in these last days, He will pour out his spirit on people, including Sarah. I can only trust and believe that He has her covered to fulfill his purpose for her life wherever she may be.

    As a child, she always loved animals and was companionate towards others in helping and giving.  Those traits have been consistent in her life and are present today as well. She is authentically honest and will tell you the truth, as evident by her guilty plea.

███████████████████████████████████████████████████████████████████ while I was at work one night, shortly after her father passed. ███████████████████████ ██████████████████████████████████████████████████████████████████ it is no surprise she turned to drugs. At age 13, when she told me word for word what I was about to tell her as she was heading out the door, I knew I had done my job in training her and had no choice but to release her to God. Well, I did have a choice. My choice was to let go and let God █████████████████████████████████████████████████ ██████████████████████████████████████████████████████████. Consequently, I chose to let go and let God, for He alone has power over the principalities and wickedness in high places that appear to Rule the earth in these last days.

    My communications with Sarah over the past few years have been about the ██████████████████████████████████████. I am so thankful that Sarah was able to spend quality time with them while she was out last time. It enabled them to have a mother/daughter relationship with her. Sarah maintains that relationship by calling every night; generally taking turns every other night enabling each one their private time to continue that relationship. I continue to keep all of them in my prayers. I thank you for your prayerful consideration as I continue to trust Him for His will in all our lives.

Sincerely,

Lanette Clendaniel

███████████ .
North East, MD 21901