The Honorable James K. Bredar
United States District Judge
c/o Sedira Banan
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, MD 21201

Dear Judge Bredar:

I am writing you on behalf of my sister Sarah Clendaniel. My name is ▇▇▇▇▇▇▇▇▇. I am a mother to 5 children and I am currently a Sporting Goods Department Lead. I sell firearms for a living. I moved away from Maryland a few years ago and I am currently a resident of W.V. I miss my sister everyday!

Sarah is a Mother of 3 wonderful children who also miss her and can't wait for her to be able to return to them. Despite her current charges Sarah is actually a very funny, kind hearted, smart, strong willed woman.

We lost our father in a car accident when we were young, Sarah was only 10 years old

Our father's death changed so much in our lives. ████████████████ ████████████ at the time. Discipline was non-existent after his death, our mother didn't have the heart to discipline anyone. Sarah was able to run wild if you will.

Sarah definately has struggled with mental health issues since then. Multiple ████████████████ one of which ████████ ████████████████████████████████ ████████████████████████████████ ████████████████████████████. It was around this time and after her first placement I noticed the change in her. She was no longer the care-free baby sister I had known before. Throughout the years she has struggled with substance abuse issues which landed her in different placements over the years.

This last time since her release from her most recent time away she was different I felt like I finally had my sister back, my neices and nephew had there mother back. She had just recently gotten her drivers license.

I believe her grimm news of being terminal is the only reason she reverted

back to some of her crazy beliefs. We had so many plans to do things together with all the kids. Trips to take together.

Even after all this I remain very close to her we message each other and talk often. She talks to her girls almost everyday. ████████████████████████

I think when she was planning this she felt like she had nothing to live for. I know she understands the severity of it all. When we talk she mentions knowing our Mother will not be around any longer when she is finally released. This makes her extremely sad. I hope she won't be away to long I understand this can't go unpunished. But I would love for her to be able to still enjoy her girls while they are somewhat young.

She will have a strong support system upon release. I have a huge property she is welcome to come to somewhat off grid that she would enjoy. This wasn't possible for her before because of all the meetings and appointments she was required to attend

I believe prisoners need alot of help when re-entering society. Help getting jobs. I believe this is one of the biggest reasons for failure. Sarah will need help with where she can apply, who will hire her, this was a huge burden on her being able to provide for her and her girls, affording a place to live etc. I hopes this helps you see the person she is not just the criminal/terrorist that it appears she is from these charges.

Sincerely

███████

Wayne, WV 25570