To The Honorable Judge Bredar

    I would like to begin by apologizing for my actions and to explain some of what was going on with me and inside my head at the time of the offense. I was in a very dark place mentally, emotionally, and physically. Even before I had been told my kidneys were failing, I had been struggling with horrible invasive thoughts, suicidal ideations, and a drug Relapse. I was beyond overwhelmed with the pressures of life and was living in an unstable potentially explosive enviroment. Trying to figure out how I was going to get myself out of that situation, but also how I was going to find suitable housing for my children and I, before the collapse of civilization (which I sincerely believed would be upon us in 3-5 years) Trying to find a job with wages that would allow me to afford such a place that my kids and I so desperately needed, seemed impossible with no trade, no degree, no skills, no work history, a Record, and no license or transportation. There were many days I thought about jumping off a bridge, shooting myself or just overdosing.

    I was Released in October of 2020 without my social security card or birth certificate. It took a year of fighting an uphill battle to get my identity and 5 months to get foodstamps for my daughter and I.

This had a very big impact on me mentally and emotionally. Just a few months into my release I was thinking of suicide almost daily. I was suffering from severe insomnia, racing thoughts, invasive thoughts, panic attacks, nightmares, depression, and constant anxiety. Still I managed to keep things together and stay sober for nearly 2 years with no real help for almost half of that time. I spent a year of it in a halfway house with my ███████████ and the other half in a very stressful enveroment that frequently triggered my PTSD and where I didn't feel comfortable or safe. Also, because I could not afford suitable housing, my children could not live with me. Which made me even more depressed and anxious, even though I was not really capable of taking care of them both at that time.

I went to the hospital because I was worried about blood clots in my femoral artery from shooting up in it. While I was there tests were ran and I was told that my kidneys were failing and that, without a kidney transplant and dialysis, I only had six months to a year to live. I felt like I needed to do something to make up for my shameful life of drugs, crime, addiction, and neglect of my children by going to prison. My primary motivation for my plans (attacking the power grid) and for keeping them so close to home was because I wanted to help people to understand how fragile this modern world is. I thought it might push

some of them into learning some survival skills, especially my children and my family. I survived for almost 2 weeks weeks in the woods, in the middle of winter at 12 years old with no tents, no blankets, and no food. It has me really appreciate survival skills. Yet my children can't even build a fire and cook on it, forage for edible plants, hunt, or know where/how to collect water or make clean drinking water, nor do they care to learn. This is something that weighs very heavily on my mind.

I cannot definitely say whether I would have gone through with the plans or not. A few nights before I was arrested and the closer I got to the CI and I actually going to scope out the targets, I began to feel overwhelmed and panicky about it. I had an attack of conscience and felt guilty everytime I thought about all the innocent people that could die or be seriously injured from the castastrophy and the ensuing consequences from it. I really started Rethinking it, but felt I was in over my head and was already committed.

After I was arrested, my emotions and mental health went on even more of a downward spiral. I was filled with Rage, anger, and despair and I blamed the system, the police for my predicament, the federal government. I was very sick from fentanyl and gabbapentin withdrawal and my kidneys and I believed I was going

to die in jail. Instead of facing my circumstances and dealing with my emotions head on, I made light of the situation and used humor to deflect, with random outbursts of anger. I said alot of things that I dont think I meant. Most of it was just venting. I lashed out with my words and grim sense of humor because that was the only way I knew how to deal with it.

I have always been very introspective, but while talking with Dr. Porterfield, I discovered something about myself that was quite painful and shocking and left me feeling a little lost. Something I knew deep down, but just didn't want to face. I am ashamed to admit that feeling weak, powerless, and scared made me want to do something to feel powerful and in control because I felt so helpless and out of control in so every aspect of my life. I believe I would benefit from some deep cognative and trauma therapy. I plan to find some as soon as I am Released, but I am also hoping to get at least some help while I am in prison.

I am actually looking forward to the opportunities that this time in a Federal Correctional Facility will afford me and to finally getting to be a productive citizen with a career, once I am Released; something I have never much had the chance to do in the past, but feel very optimistic about now. I am trying to focus on the

positive side of where my mistakes have led me instead of on the negative. Of all of the time I have spent in state prison and county jail, I hardly gained anything from being there except from my GED in 2007. There is virtually no programs or training and the few things that there are have years long waiting lists.

My children will be grown by the time I am Released, which both deeply saddens and angers me and yet also takes an immense burden off my shoulders. Without that extra stress I will be able to focus more on myself and getting the help I need, as well as my other goals. Like saving money Retirement, getting a place of my own, Really getting comfortable with and learning how to drive, Saving money to one day visit Europe, having a little garden and a pet which will be incredibly therapeutic for me.

I know that none of this excuses what I did or what I had been planning to do. I just wanted to give the court my full story and explain things from my point of view. I appreciate the time and attention you took to Read this letter

Sincerely,
Sarah Clendaniel