IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

                CASE NO.: 1:23-CR-00056-JKB

vs.

BRANDON CLINT RUSSELL,
_____/

**ORDER ON DEFENDANT RUSSELL'S MOTION IN LIMINE**

THIS CAUSE having come before the Court on Defendant Brandon Clint Russell's Motion In Limine to Exclude 404(b) Evidence and References to Neo-Nazism or the Atomwaffen Division, it is hereby:

ORDERED AND ADJUDGED that the Defendant's Motion is Granted. The Government and its witnesses shall refrain from making reference to any of the items listed in its 404(b) notice, as well as any reference to Neo-Nazism or the Atomwaffen Division.

DONE AND ORDERED at Baltimore, Maryland this _____ day of October, 2023.

_____
JAMES K. BREDAR
United States District Judge

COPIES FURNISHED TO:
Counsel of Record